IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANS DENTON,<br><br>Defendant. | 9:25-PO-5149-KLD<br><br>Violation No. E1085832<br>Location Code: MTMJ<br><br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that Defendant shall pay a fine in the amount of $800.00, and the $30.00 processing fee, for violation number E1085832. Payment shall be made by January 15, 2026.

1) Defendant is directed to pay the $30.00 processing fee either online or by mail following the instructions found at the Central Violations Bureau's website: https://www.cvb.uscourts.gov/pay-ticket.

2) Pursuant to 16 U.S.C. § 4406, Defendant is directed to send the $800.00 fine payment either by check or by money order to the following address:

      U.S. Fish and Wildlife Service
      Attn: Heather Pelch
      2155 West Forest St
      Brigham City, UT 84302

1

The memo line on the check or money order should state: North American Wetlands Conservation Fund Account.

IT IS FURTHER ORDERED that all other proceedings in this matter be VACATED.

DATED this 16th day of December, 2025

Kathleen L. DeSoto
United States Magistrate Judge